**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| DAVID J. DAVIS,                     )<br>                                                     )<br>              Plaintiff,             )<br>     vs.                                        )<br>                                                     )<br>ATU LOCAL #1070, et al.,         )<br>                                                     )<br>              Defendants.      ) | 1:06-cv-218-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

   **IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date:  11/16/2006

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

William R. Groth
FILLENWARTH DENNERLINE GROTH & TOWE
wgroth@fdgtlaborlaw.com

Mary Jane Lapointe
MCMAINS LAPOINTE
lapointe@mcmainslapointe.com

David J. Davis
P. O. Box 199253
Indianapolis, IN 46219